1

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 0 8 2021

JAMES N. HATTEN, Clerk
By: RBachell Deputy Clerk

ABDUR-RAHIM DIB DUDAR

        Plaintiff,         CIVIL ACTION

                            FILE NO. 1:20-CV-02438-WMR

    v.

STATE FARM FIRE AND

CASUALTY COMPANY,

        Defendant

      40 Capitol Square, SW

      Atlanta, Georgia 30334

## MOTION TO REMAND BASED UPON 28 U.S. Code § 1447 (c) AND ALTERNATIVELY BAR TESTIMONY OF KEN SIMMONS

PLAINTIFF HEREBY REQUESTS FROM THE HONORABLE COURT ORDER TO DISMISS THIS CASE FOR IMPROPER REMOVAL AND/OR BAR TESTIMONY OF KEN SIMMONS ON THE BASIS HE IS A DEFENDANT WHO IS SAVING HIS "NECK.".

UNITED STATES DISTRICT COURT HAS NO JURISDICTION ON THIS CASE FROM THE INCEPTION OF THE REMOVAL AND PLAINTIFF MOVED TO REMAND THIS REMOVAL TWO DAYS AFTER FILING.

Plaintiff's motion in opposition to Removal timely filed according to **28 U.S. Code** § **1447 (c)**. **Defendant State Farm did not file an answer as of June 16, 2020. The Court did not set the motion for a hearing.**

No sooner than Plaintiff received a "Notice of Removal" from Defendant State Farm than Plaintiff filed a nine-page *Motion on June 16, 2020 entitled "PLAINTIFF'S OPPOSITION TO DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY ("State Farm") "NOTICE OF REMOVAL." (Exhibit 16)  This Motion filed June 16, 2020 was not Ruled on by the Honorable District Court and was not answered by Defendant State Farm.  Now it proves that the motion was well-taken.*

Defendant State Farm moved the case when "THE PROSPECTS OF A DEFAULT JUDGMENT AGAINST KEN SIMMONS, ANOTHER DEFENDANT IN THIS SAME LAWSUIT, IS PENDING."   Removal acted to extricate Default Judgment against Ken Simmons and dampen the final outcome of this case for Ten Months.

Now Plaintiff under the New Venue, US District Court, requested <u>Reinstatement</u> of Said Default Judgment against Ken Simmons in *"DECLARATION OF KEN SIMMONS" FOR STATE FARM IS A CHANGE OF TESTIMONY:KEN SIMMONS IS A CITIZEN DEFENDANT AND DEFAULT JUDGMENT IS PROPER."* (February 22, 2021)

**MOREOVER, Plaintiff identifies two citizens of Georgia who could be defendants, namely Ken Simmons and Clyde Hill in the motion.** Clyde Hill is the Agent for State Farm to sell insurance for State Farm. He is responsible for the Confusion with "The Policy." He was asked three times for a Policy and gave three Different Ones.

<u>Nevertheless, Plaintiff's motion in opposition to Removal was timely filed according to **28 U.S. Code** § **1447 (c)**. **Defendant State Farm did not file an answer as of June 16, 2020**.</u> (Exhibit A)

The "**Plot to Remove**" is consistent with Plaintiff's allegations against State Farm, to wit "State Farm is conducting a business of fraud and exploitation

through falsification, distraction, prolongation of time to respond to destroy a claim against the company" (Exhibit 2.)

The <u>Court alluded</u> to Jurisdiction is Proper because the <u>Amount</u> is above the Limit.  Granted the Amount is Above the Limit and will be much higher due to Rising Prices of Building Materials.  That is not the Issue.  <u>**The Issue is the Potential Material Defendants, Ken Simmons and Clyde Hill.**</u>

**In this case, the timing to Remand is correct, two days after Removal Plaintiff's Motion to Remand was Filed, and the Defect in Removal is the Potential Material Defendants, Ken Simmons and Clyde Hill.**  In fact Ken Simmons has been a Defendant who suffered Default Judgment.   These two Defendants are essential to resolution of legal claims.

 Abdur-Rahim Dib Dudar, Ed.D., Pro Se        Date: April 7, 2021

2498 Warwick Circle, N.E.

Atlanta, Georgia 30345

dudaraster@gmail.com

404-421-4806


### CERTIFICATE OF SERVICE

Plaintiff, Abdur-Rahim Dib Dudar, certifies that a copy of "<u>MOTION TO REMAND BASED UPON **28 U.S. Code § 1447 (c)** AND ALTERNATIVELY BAR TESTIMONY OF KEN SIMMONS</u>" was mailed to Thomas D. Martin and Amy D. Katz, and All Others at 1355 Peachtree Street, NE, Suite 300, Atlanta, Georgia 30309

This April 7, 2021,

Abdur-Rahim Dib Dudar, Ed.D., Pro Se

404-421-4806