## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA

## ATLANTA DIVISION

<u>(EXHIBIT A)</u>

**ABDUR-RAHIM DIB DUDAR**

   **Plaintiff,**   **CIVIL ACTION**

          **FILE NO. 1:20-CV-02438-WMR**

  **v.**

**STATE FARM FIRE AND**

**CASUALTY COMPANY,**

   **Defendant**

## <u>COURT ORDER 3</u>

The risks of a SUMMARY JUDGMENT Claim is countered by the risks of COUNTER SUMMARY JUDGMENT CLAIM.

 Although *<u>Dismissal of Removal</u>* mandates *<u>Remand to State Superior Court of Gwinnett County, Georgia</u>* as the US District Court loses Jurisdiction on the case, *<u>Remand entails imposition of Payment of Attorney Fees along with Costs and Sanctions against the One causing the "Plot to Remove" when the Same knew or should have known Removal Was Illegal.</u>*

No sooner than Plaintiff received a "Notice of Removal" from Defendant State Farm than Plaintiff filed a nine-page *<u>Motion on June 16, 2020 entitled</u>*

*"PLAINTIFF'S OPPOSITION TO DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY ("State Farm") "NOTICE OF REMOVAL." (Exhibit 16)  This Motion filed June 16, 2020 was not Ruled on by the Honorable District Court and was not answered by Defendant State Farm.   Now it proves that the motion was well-taken.*

Defendant State Farm moved the case when "THE PROSPECTS OF A DEFAULT JUDGMENT AGAINST KEN SIMMONS, ANOTHER DEFENDANT IN THIS SAME LAWSUIT, IS PENDING."   Removal acted to extricate Default Judgment against Ken Simmons and dampen the final outcome of this case for Ten Months.

Now Plaintiff under the New Venue, US District Court, requested Reinstatement of Said Default Judgment against Ken Simmons in*"DECLARATION OF KEN SIMMONS" FOR STATE FARM IS A CHANGE OF TESTIMONY:KEN SIMMONS IS A CITIZEN DEFENDANT AND DEFAULT JUDGMENT IS PROPER.*" (February 22, 2021)

Plaintiff identifies two citizens of Georgia who could be defendants, namely Ken Simmons and Clyde Hill.  According to a case from the Court of Appeals, even when a person is identified as a possible defendant, Removal is denied.  Here we have two persons citizens of Georgia.  Diversity is not applicable.  Removal is not Permissible.  Nevertheless, Plaintiff's motion in opposition to Removal timely filed according to **28 U.S. Code** § 1447 (c).  **Defendant State Farm did not file an answer as of June 16, 2020.**

The "**Plot to Remove**" is consistent with Plaintiff's allegations against State Farm, to wit "State Farm is conducting a business of fraud and exploitation through falsification, distraction, prolongation of time to respond to destroy a claim against the company" (Exhibit 2.)

Also, when Removal took place, all connections to State Superior Court were disconnected.  Defendant State Farm advised the Honorable US District Court all communications with State Court be disconnected.   Now that the Removal has proven to be Illegal where State Farm is a Citizen of Georgia, this Illegal Removal created termination of prosecution within the Federal District Court completing disconnection from State Superior Court on the case.  Therefore, this Illegal

Removal terminated the Case on hand.  <u>That constitutes a "Termination Judgment."</u>  <u>*Therefore, Granting Plaintiff's COUNTER SUMMARY JUDGMENT CLAIM may fall within the Sanctions against the offending party, State Farm*</u>.

<u>State Farm knew and should have known they Illegally Filed Removal.  In fact when State Farm did not serve Plaintiff its Summary Judgment might have been a reason to defraud Plaintiff</u>.  Attorney for the defense told the Court to give Plaintiff an extra time to respond.

Within Ten Months damages to my property increased tremendously when a tree branch fell on the roof poking a hole in it and destroying the gutter in the backyard.  The property is not insured.  That is my cost.  The ceiling in the upper floor bathroom got a major hole.  Damages exceed $15,000.  " Pro Si" prosecution does not mean FREE Work and Time.  When one faces Six Attorneys like sharks who see the blood and converge on the victim, Pro Si should be able to get "attorney fees" to face up to these attorneys.   Consequently, ALL CLAIMS OF PLAINTIFF BE GRANTED INCLUDING ATTORNEY FEES (FEES THAT WOULD HAVE BEEN PAID TO ATTORNEYS OF STATE FARM, ALL SIX OF THEM.)  IF PLAINTIFF LOST, HE MAY BE LIABLE TO PAY ALL SIX ATTORNEYS A BONANZA TO PROSPER AGAINST "Pro Se"!!  The more attorneys on the payroll the better the chances to make money!!   Although this may be Unconstitutional: "Pro Se" should not try for fear of great loss of funds facing multitudes of attorneys praying on "Pro Se."  <u>*The parents buy the toys for the child for Christmas, show it to the child, and hoard it in the attic.  What a deal!!  That would be what "Pro Se" expects.*</u>

<u>THEREFORE, PLAINTIFF RESPECTFULLY REQUESTS GRANTING THE "COUNTER SUMMARY JUDGMENT AGAINST STATE FARM" MOTION GIVING PLAINTIFF ALL DEMANDS OF THIS MOTION AGAINST STATE FARM.</u>

<u>The Motion is requesting a Basic Loss of $167,800.</u>  (Please notice that Lumber and other Construction Materials have jumped up in price.  A Panel of Sheet Rock used to sell for $7.00, now it is $22.00.  The same applies to Lumber.  At the request of the Court, Plaintiff could re-adjust the total loss of $138,800 for repairs to include such increase in cost.)

The amount of Punitive Damages and Prosecution of this case is Left for the Court to decide on.   Plaintiff suggests double the Basic Loss be added to the Basic Loss.

The Law prescribes Remand.  But when Removal is geared to Fraud, the Law provides Sanctions Against the Offending Party.

SO ORDERED, this 30th of March, 2021.

_____

HONORABLE WILLIAN M. RAY,II

UNITED STATES DISTRICT JUDGE