IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Abdur-Rahim Dib Dudar, <br><br> Plaintiff, <br><br> v. <br><br> State Farm Fire and Casualty Insurance Company, <br><br> Defendant. | CIVIL ACTION FILE NO. <br> 1:20-CV-2438-WMR |

## ORDER

It is hereby ORDERED that the Motion to Compel Discovery [Doc 64] is hereby Dismissed Without Prejudice for filing to following the Standing Order which requires the parties discuss the dispute and receive instruction from the Court for permission to file a Motion to Compel.

**IT IS SO ORDERED**, this 28th day of May, 2021.

WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE